Clifton WISEMAN et al., Appellants,

v.

The STATE of Texas, Appellee.

No. 40281.

Court of Criminal Appeals of Texas.

June 21, 1967.

Ex parte Paul Dean BUTLER.

No. 40357.

Court of Criminal Appeals of Texas.

May 24, 1967.

Rehearing Denied June 28, 1967.

Tinsman & Cunningham by Michael B. Hunter, San Antonio, for appellants.

James E. Barlow, Dist. Atty., William W. Morris, Asst. Dist. Atty., San Antonio, and Leon B. Douglas, State's Atty., Austin, for the State.

## OPINION

WOODLEY, Presiding Judge.

This is an appeal by Ralph Napier, surety on a bail bond, from a judgment making final a judgment nisi forfeiting such bond.

The bond in the sum of $750 was conditioned that Clifton Wiseman appear in County Court at Law No. One of Bexar County to answer a complaint and information charging him with a misdemeanor.

The same questions are presented as in Aguirre et al, v. State of Texas, Tex.Cr. App., 416 S.W.2d 406.

The judgment is affirmed.

## CONCURRING OPINION

ONION, Judge.

I concur in the results reached for the reasons set forth in my concurring opinion in Aguirre v. State, Tex.Cr.App., 416 S.W. 2d 406.